UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

NICK GORDON,

                                         Plaintiff,

-against-

Police Officer FRANCK EMMANUEL, Shield No. 21633;
Police Officer RAUL DUENO, Shield No. 19800,
Lieutenant LAYNE; BEHROOZ BENYAMINI; ELIAS
EID; BHNWN 8th STREET LLC; and JOHN and JANE
DOE 1 through 11, individually and in their official
capacities (the names John and Jane Doe being fictitious as
the true names are presently unknown),

                                                 Defendants.

**DECLARATION OF ANGHARAD WILSON IN SUPPORT OF MOTION TO DISMISS**

15-CV-02439(JBW)(VMS)

Hon. Jack B. Weinstein

------------------------------------------------------------------------ X

        ANGHARAD K. WILSON, for her declaration pursuant to 28 U.S.C. §1746, states:

        1.    I am an Assistant Corporation Counsel at the New York City Law Department and I am lead counsel for the City and officer defendants in this case. I make this declaration in support of defendants' motion to dismiss the complaint. I am fully familiar with the matters set forth below.

        2.    Attached to this declaration are the following exhibits:

| | |
|---|---|
| Exhibit A | June 10, 2013 Stipulation and Consent Order Appointing Dalan Management & Associates, Inc. as Property Manager over the Real Property of the Debtor's Estate in EDNY 13-42244 bankruptcy proceeding |
| Exhibit B | December 13, 2013 Order Granting Relief from the Automatic Stay in EDNY 13-42244 bankruptcy proceeding |
| Exhibit C | March 5, 2014 NYPD Arrest Report |

I declare under penalty of perjury that the foregoing is true and correct. Executed in New York, New York, on September 16, 2015.

/s/
ANGHARAD K. WILSON (AW 1714)