**Record of Conference and Orders: Vera M. Scanlon, USMJ**     Date: 12/10/2015

Case: Gordon v. City of NY

Civ. A. 15 - 2439 (CBA)(VMS)

**ECF Recording in 504N:**     ☑ Telephone Conference     ☐ In-person Conference

12:40 - 12:44

**Counsel:** *(See separately docket entry or document for specific appearances)*

Jarvis / Wilson / Rubinstein

☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference ☑ Status Conference ☐ Settlement Conference ☐ Motion Hearing ☐ Discovery Conference ☐
☐ JPTO Conference ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder     ☐ To be served     ☐ To be filed
   ☐ Complaint ☐ Answer     ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter ☐ Stip of dismissal to be filed

☐ Status conference     Date:     Time:
   ☐ In person ☐ Telephone (718) 613-2300     To be organized by:

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated     ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed     ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference     Date:     Time:

Page 1 of 1

On consent, discovery is stayed pending a decision on the motion to dismiss. The counsel will inform the Magistrate Judge of the need for conference w/in a week of decision.