# THE FEINSILVER LAW GROUP
A PROFESSIONAL CORPORATION

215 MILLBURN AVENUE
MILLBURN, NEW JERSEY 07041

(973) 376-4400
FAX (973) 376-4405

E-Mail: hjr@feinsilverlaw.com

Please respond to:   **MILLBURN**

14 PENN PLAZA
225 WEST 34TH STREET
SUITE 1500
NEW YORK, NEW YORK 10122
(212) 279-1069
FAX (973) 376-4405

26 COURT STREET
SUITE 2506
BROOKLYN, NEW YORK 11242
(212) 279-1069
FAX (973) 376-4405

DAVID FEINSILVER*
H. JONATHAN RUBINSTEIN*^

January 5, 2017

*Sent Via e-mail* Scanlon_Chambers@nyed.uscourts.gov

Hon. Vera M. Scanlon, U.S.M.J.
United State District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   **Nick Gordon v. City of New York et al**
15-CV-02439 (CBA) (VMS)

Dear Judge Scanlon:

This firm represents defendants BHNWN 8th Street LLC; Behrooz Benyamini, Robert Ainehsazan and Elias Taeid (hereinafter collectively "BHNWN"). With the consent of all counsel, I am writing to request an adjournment of the settlement conference scheduled for January 13, 2017, at 3:00 p.m. This is my clients' second adjournment request. My recollection is that other counsel also requested and received an adjournment.

My clients are Orthodox Jews and observe Shabbat. Due to the early Winter Sunset, my clients would need to leave shortly after the conference begins.

We thank the Court for its time and consideration.

Most respectfully submitted,

THE FEINSILVER LAW GROUP, P.C.

By: _____
H. Jonathan Rubinstein

cc:   All counsel, via ECF