

| | | |
|---|---|---|
| **ZACHARY W. CARTER**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET, Rm. 3-153<br>NEW YORK, NY 10007 | **ANGHARAD K. WILSON**<br>Assistant Corporation Counsel<br>Phone: (212) 356-2572<br>Fax: (212) 356-3509<br>awilson@law.nyc.gov |

January 10, 2017

**VIA ECF and Facsimile**

Hon. Vera M. Scanlon
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Nick Gordon v. City of New York, et al.</u>, 15-CV-02439 (CBA)(VMS)

Your Honor:

    I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel for the City of New York, and I represent City Defendants in the above-referenced action. I write to request that the City defendants be excused from attending the settlement conference scheduled for Friday, January 13th because this Office has deemed this case to be "No Pay," and believe that attendance at such a conference would thus be fruitless. Counsel for plaintiff has indicated that he does not consent to this request.

    Thank you for your consideration of this request.

                                                Respectfully submitted,

                                                /s

                                                Angharad K. Wilson
                                                Assistant Corporation Counsel

AKW/m