**Record of Conference and Orders: Vera M. Scanlon, USMJ**   Date: **1/13/2017**

Case: **Gordon v. City of New York et al**

Civ. A. **15-2439(CBA)(VMS)**
**ECF Recording in 504N:**   ☐ Telephone Conference   ☑ In-person Conference

OTB: 2.75

**Counsel:** *(See separately docket entry or document for specific appearances)*

☐ Counsel for Plaintiff(s)  ☐ Pro Se Plaintiff(s)  ☑ Counsel for Defendant(s)  ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference  ☐ Status Conference  ☑ Settlement Conference  ☐ Motion Hearing  ☐ Discovery Conference  ☐ JPTO Conference  ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*
☐ Motions decided on the record

☐ Rule 26(a) disclosures, incl. supplements
☐ Document requests to be served
☐ Interrogatories to be served
☐ Amended pleadings, incl. joinder      ☐ To be served       ☐ To be filed
   ☐ Complaint ☐ Answer                 ☐ On consent ☐ By motion ☐ By PMC letter
☑ Joint status letter ☐ Stip of dismissal to be filed    1/18/17
☐ Status conference                     Date: _____  Time: _____
   ☐ In person ☐ Telephone (718) 613-2300   To be organized by:
☐ Specific depositions to be held
☑ Fact discovery closes                 4/30/17
☐ Expert disclosures to be served
☐ Initial expert report(s) to be served
☐ Rebuttal expert report(s) to be served
☐ Expert discovery closes
☐ All discovery closes
☑ Joint letter confirming discovery is concluded   5/1/17
☑ Summary judgment to be initiated      ☑ PMC letter ☐ Briefing   5/30/17
☐ Joint pre-trial order to be filed     ☐ Letter for conference ☐ Proposed JPTO
☐ Proposed confidentiality order to be filed
☐ Consent to Magistrate Judge to be filed
☐ Settlement Conference                 Date: _____  Time: _____

Page 1 of 2

**Vera M. Scanlon, USMJ**
**Conference Orders, Continued**

Case: **Gordon v. City of New York et al**  Civ. A. **15-2439(CBA)(VMS)**

Date: **1/13/2017**

**Additional Orders:**

Counsel will continue settlement discussions.

Counsel are to file a joint revised discovery schedule by 1/18/17

Page 2 of 2