

**Gabriel P. Harvis**
**Baree N. Fett**

January 18, 2017

<u>BY ECF</u>
Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Gordon. v. City of New York, et al.*, 15 CV 2439 (CBA) (VMS)

Your Honor:

    I represent plaintiff in the above-referenced matter. I write pursuant to the Court's order dated January 13, 2017.

    Plaintiff is still considering the BHNWN defendants' settlement proposal of last week. Additionally, the undersigned has recently renewed settlement discussions with counsel for the City and it is hoped that those discussions will progress by early next week. Accordingly, if it should please the Court, the parties respectfully request a one-week extension, until January 25, 2017, to submit a revised proposed scheduling order.

    Thank you for your consideration of this request.

    Respectfully submitted,

    Gabriel P. Harvis

cc:    ACC Angharad K. Wilson, Esq.
       *Attorney for City defendants*

       H. Jonathan Rubinstein, Esq.
       *Attorney for BHNWN Defendants*