# THE FEINSILVER LAW GROUP
A PROFESSIONAL CORPORATION

215 MILLBURN AVENUE
MILLBURN, NEW JERSEY 07041

(973) 376-4400
FAX (973) 376-4405

E-Mail: hjr@feinsilverlaw.com

14 PENN PLAZA
225 WEST 34TH STREET
SUITE 1500
NEW YORK, NEW YORK 10122
(212) 279-1069
FAX (973) 376-4405

26 COURT STREET
SUITE 2506
BROOKLYN, NEW YORK 11242
(212) 279-1069
FAX (973) 376-4405

DAVID FEINSILVER*
H. JONATHAN RUBINSTEIN*^

Please respond to:   **MILLBURN**

February 1, 2017

**_Sent Via ECF_**

Hon. Vera M. Scanlon, U.S.M.J.
United State District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   **Nick Gordon v. City of New York et al**
       15-CV-02439 (CBA) (VMS)

Dear Judge Scanlon:

This firm represents defendants BHNWN 8th Street LLC; Behrooz Benyamini, Robert Ainehsazan and Elias Taeid (hereinafter collectively "BHNWN"). With the consent of all counsel, I am writing to request an adjournment of the case management conference scheduled for February 7, 2017.

The Court initially scheduled the conference for February 3, 2017. The Court _sua sponte_ rescheduled the conference for February 8, 2017. I requested an adjournment of that date, which the Court granted by rescheduling the matter for February 7, 2017.

On February 7, I have three depositions scheduled of non-party witnesses in a complex matter involving the collapse of a parking garage. I am requesting the adjournment due to this conflict. We thank the Court for its time and consideration.

Most respectfully submitted,

THE FEINSILVER LAW GROUP, P.C.

By: _____
     H. Jonathan Rubinstein

cc:  All counsel, via ECF