UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

NICK GORDON,

                                        Plaintiff

- against -

THE CITY OF NEW YORK, et al.,

                                        Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

15-CV-02439 (CBA)(VMS)

        **PLEASE TAKE NOTICE** that Peter W. Brocker, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Zachary W. Carter, attorney for defendant City of New York. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

Dated: New York, New York
         February 7, 2017

                                        ZACHARY W. CARTER
                                        Corporation Counsel of the City of
                                        New York
                                        *Attorney for Defendant City of New York*
                                        100 Church Street, Room 3-157
                                        New York, New York 10007
                                        (212) 356-2332

                                        By:       /s/
                                                 Peter W. Brocker
                                                 *Assistant Corporation Counsel*

cc: <u>BY ECF</u>
Robert J. DiGianni, Jr.
*Attorney for Plaintiff*
159 20th Street, Suite 1B-20
Brooklyn, NY 11232
(718) 245-6980