# THE FEINSILVER LAW GROUP
A PROFESSIONAL CORPORATION

215 MILLBURN AVENUE
MILLBURN, NEW JERSEY 07041

(973) 376-4400
FAX (973) 376-4405

E-Mail: hjr@feinsilverlaw.com

*Please respond to:* **MILLBURN**

14 PENN PLAZA
225 WEST 34TH STREET
SUITE 1500
NEW YORK, NEW YORK 10122
(212) 279-1069
FAX (973) 376-4405

26 COURT STREET
SUITE 2506
BROOKLYN, NEW YORK 11242
(212) 279-1069
FAX (973) 376-4405

DAVID FEINSILVER*
H. JONATHAN RUBINSTEIN*^

February 13, 2017

*Sent Via ECF*

Hon. Vera M. Scanlon, U.S.M.J.
United State District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  **Nick Gordon v. City of New York et al**
15-CV-02439 (CBA) (VMS)

Dear Judge Scanlon:

This firm represents defendants BHNWN 8th Street LLC; Behrooz Benyamini, Robert Ainehsazan and Elias Taeid (hereinafter collectively "BHNWN"). With the consent of all counsel, I am writing to either request an adjournment of the case management conference scheduled for February 15, 2017, or leave to appear telephonically.

My elder daughter (who attends the University of Vermont) was injured in a skiing accident, and my wife had to travel to Vermont as a result. She is not returning until Wednesday evening or Thursday, and I need to be available for my thirteen-year-old daughter as a result.

In addition, I had the flu all weekend. Although I am in the office on a limited basis today, I am still not eating solid food, and I am in a very weakened state. I do not know if my health will permit me to travel on Wednesday, and I wanted to alert Your Honor and counsel as soon as possible.

Most respectfully submitted,

THE FEINSILVER LAW GROUP, P.C.

By: _____
H. Jonathan Rubinstein

cc: All counsel, via ECF