Record of Conference and Orders: Vera M. Scanlon, USMJ          Date: 2/15/2017

Case: Gordon v. City of New York et al

Civ. A. 15 CV 2439 (CBA) (VMS)
ECF Recording in 504N:            ☐ Telephone Conference      ☑ In-person Conference

10:18-10:27, 10:22-10:40 (only TT & TT's counsel) 10:46-10:47

Counsel: *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s) ☑ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)
Conference Type:

☐ Initial Conference ☐ Status Conference ☐ Settlement Conference ☑ Motion Hearing ☐ Discovery Conference ☐
☐ JPTO Conference    ☐ Other _____

Further to the conference, discovery and other scheduling dates are as follows:
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record       Motion to withdraw granted.

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder        ☐ To be served    ☐ To be filed
   ☐ Complaint ☐ Answer                   ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter ☐ Stip of dismissal to be filed

☑ Status conference                      Date: 6/20/17   Time: 9:30
   ☑ In person ☐ Telephone (718) 613-2300   To be organized by: in person

☐ Specific depositions to be held

☑ Fact discovery closes                   7/31/17

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated       ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed       ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference                  Date:           Time:

Page 1 of 2

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: Gordon                     Civ. A. 15 2439

Date: 2/15/2017

**Additional Orders:**

The Clerk of Court is requested to update the docket with the pro se II's information.

Page 2 of 2