LAW OFFICES OF ALI AND BAINS
118-35 QUEENS BLVD
FOREST HILLS, NY 11375
PH: (718) 544-8000
FX: (718) 480-1244

February 28, 2018

**BY ECF**
Hon. Carol Bagley Amon
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: <u>Nick Gordon v. Police Officer Franck Emmanuel, et al.</u>,
     15-CV-02439 (CBA) (SJB)

Hon. Carol Bagley Amon,

 I am the attorney of record for Mr. Nicholas Gordon. I am requesting an extension of my time to respond to the defendant's motion for summary judgment.
 Unfortunately, I fell outside my office in the first week of February and severely bruised my ribs. I have been in a great deal of pain because of this and have been in and out of the office, mostly out the last two weeks.
 I am requesting an eleven-day extension to March 11, 2018 to file my opposition and will of course consent to any extension of time for the defendants to file their reply.

 Thank you for your time and consideration of this matter.

                  Respectfully submitted,

                  _____/s//_____
                  Tejinder Bains

cc: All Counsel of Record (by ECF)