LAW OFFICES OF ALI AND BAINS
118-35 QUEENS BLVD
FOREST HILLS, NY 11375
PH: (718) 544-8000
FX: (718) 480-1244

April 12, 2018

**BY ECF**
Hon. Carol Bagley Amon
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Nick Gordon v. Police Officer Franck Emmanuel, et al.</u>,
            15-CV-02439 (CBA) (SJB)

Hon. Carol Bagley Amon,

    I am the attorney of record for Mr. Nicholas Gordon. We are not asserting a <u>Monell</u> claim.

    Thank you for your time and consideration of this matter.

                                                                Respectfully submitted,

                                                                /s//
                                                              Tejinder Bains

cc:    All Counsel of Record (by ECF)